# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DUFFY,<br><br>            Plaintiff,<br><br>    v.<br><br>LOS BANOS UNIFIED SCHOOL DISTRICT, et al.,<br><br>            Defendants. | **1:15-cv-00423---GSA**<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLETE HIS APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On March 17, 2015, Plaintiff Mark Duffy ("Plaintiff") filed a Complaint. (ECF Nos. 1, 2). On that same date, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence a removal action in this Court. (ECF No. 3).

A civil action may proceed despite a failure to prepay the entire filing fee only if the party initiating the action is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). In applying to proceed IFP, a plaintiff must submit an affidavit that "state[s] the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *Jefferson v. United* States, 277 F.2d 723, 725 (9th Cir. 1960) ("The right to proceed in forma paupers is not an unqualified one. It is a privilege, rather than a right"); *United States v. Shadley*, No. 2:09-MC-80 WBS GGH, 2010 WL 2509910, at *1

(E.D. Cal. June 17, 2010) (denying request to proceed IFP where applicant "failed to adequately document her financial status").

      Plaintiff's application to proceed IFP is incomplete. Although Plaintiff replied in the affirmative when asked whether he owned any "real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value," he declined to respond to the request on the application that he "describe the property and state its value." (ECF No. 3). Accordingly, no later than April 24, 2015, Plaintiff must fully complete the application with the required information. Plaintiff is advised that failure to comply with the Court's order may result in the denial of his application.

IT IS SO ORDERED.

    Dated:   **April 8, 2015**                      /s/ Gary S. Austin
                                                            UNITED STATES MAGISTRATE JUDGE