# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DUFFY,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS BANOS UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | **1:15-cv-00423---GSA**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF Nos. 3, 6) |

On March 17, 2015, Plaintiff Mark Duffy ("Plaintiff") filed a Complaint. (ECF Nos. 1, 2). On that same date, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence a removal action in this Court. (ECF No. 3). Because the application was incomplete, the Court issued an order directing Plaintiff to complete and re-submit the request to proceed IFP. (ECF No. 5). Plaintiff has done so and has now provided the requested information. (ECF No. 6). Based on the newly submitted information, Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

   Dated: __**April 9, 2015**__                    __/s/ Gary S. Austin__
                                                          UNITED STATES MAGISTRATE JUDGE