Jeffrey R. Olson, SBN 120945
Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
Tel.: (209) 524-1100
Fax: (209) 524-1188
jeffrey.olson@mccormickbarstow.com
stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT,
DR. STEVE TIETJAN, RYAN HARSOCH,
DANIEL SUTTON, and VELI GURGEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK DUFFY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS BANOS UNIFIED SCHOOL DISTRICT; DR. STEVE TIETJEN; RYAN HARTSOCH; DANIEL SUTTON; VELI GURGEN; DOES 1-10, ,<br><br>　　　　Defendant. | Case No. 1:15-cv-00423-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO EXCHANGE FRCP RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Judge:   Hon. Erica P. Grosjean<br><br>(ECF No. 39) |

**STIPULATION**

WHEREAS, pursuant to the Court's Order issued on December 18, 2015 [Dkt. No. 38], Plaintiff MARK DUFFY and Defendants LOS BANOS UNIFIED SCHOOL DISTRICT (the "District"), STEVE TIETJEN, RYAN HARTSOCH, DANIEL SUTTON, and VELI GURGEN's (collectively, the "Parties") deadline to exchange their initial disclosures, under FRCP Rule 26(a)(1), is December 31, 2015;

WHEREAS, the District is currently on Winter Break through January 4, 2015;

IT IS HEREBY STIPULATED, by and among the Parties, that: the Parties deadline to exchange their FRCP Rule 26(a)(1) initial disclosures be extended from December 31, 2015 to

**January 15, 2016**.

**IT IS SO STIPULATED.**

Dated:  December 23, 2015               McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP


                                     By:     /s/ STEPHANIE Y. WU
                                              Stephanie Y. Wu
                                         Attorneys for Defendants,
                                     LOS BANOS UNIFIED SCHOOL DISTRICT, DR.
                                     STEVE TIETJAN, RYAN HARSOCH, DANIEL
                                          SUTTON, and VELI GURGEN

Dated:  December 23, 2015               LAW OFFICES OF KEVIN G. LITTLE


                                     By:      /s/ KEVIN G. LITTLE
                                              Kevin G. Little
                                         Attorneys for Plaintiff,
                                              MARK DUFFY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

2
STIPULATION AND ORDER TO CONTINUE DEADLINE TO EXCHANGE FRCP RULE 26(a)(1) INITIAL DISCLOSURES

**ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing therefor, it is hereby ordered that the Parties deadline to exchange their FRCP Rule 26(a)(1) initial disclosures be extended from December 31, 2015 to **January 15, 2016**.

IT IS SO ORDERED.

Dated:   **December 28, 2015**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1125 I St., Suite 1
Modesto, CA 95354

3
STIPULATION AND ORDER TO CONTINUE DEADLINE TO EXCHANGE FRCP RULE 26(a)(1) INITIAL DISCLOSURES