Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**THE LAW OFFICE OF KEVIN G. LITTLE**
P.O. Box 8656
Fresno, California 93747
Tel:  (559) 342-5800
Fax: (559) 420-0839
kevin@kevinglittle.com

*Attorneys for Plaintiff,*
MARK DUFFY

Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD,**
**WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
Tel.: (209) 524-1100
Fax:  (209) 524-1188
stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT,
DR. STEVE TIETJAN, RYAN HARSOCH,
DANIEL SUTTON, and VELI GURGEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK DUFFY,<br><br>            Plaintiff,<br><br>      v.<br><br>LOS BANOS UNIFIED SCHOOL DISTRICT; DR. STEVE TIETJEN; RYAN HARTSOCH; DANIEL SUTTON; VELI GURGEN; DOES 1-10, ,<br><br>            Defendant. | Case No. 1:15-cv-00423-EPG<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER**<br><br>Judge:   Hon. Erica P. Grosjean |

## STIPULATION

1.      On July 5, 2016, the parties, by and through their attorneys, appeared at the Mid-Discovery Status Conference.  During the Conference, the parties were ordered to submit a proposed order modifying the Scheduling Conference Order [Doc. 38], taking into account the discussions regarding discovery, settlement, and the lack of a dispositive motion hearing cut-off.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

2.      Accordingly, the parties hereby stipulate and propose that the Scheduling Conference Order be modified as follows:[1]

| | Current Dates/Deadlines | Proposed Dates/Deadlines |
|---|---|---|
| **Non-Expert Discovery Cutoff** | August 15, 2016 | August 31, 2016 |
| **Further Status Conference** | September 26, 2016 | *n/a* |
| **Expert Disclosure** | September 1, 2016 | September 30, 2016 |
| **Rebuttal Expert Disclosure** | October 3, 2016 | November 8, 2016 |
| **Non-Dispositive Motion Cutoff** | November 18, 2016 | December 15, 2016 |
| **Settlement Conference** | *TBD* | January 9, 11, 12, 19, 25, 26, 27, or 30, 2017 |
| **Expert Discovery Cutoff** | November 3, 2016 | March 20, 2017 |
| **Dispositive Motion Deadline** | *None* | April 14, 2017 |
| **Pretrial Conference** | January 19, 2017 | July 17, 2017 |
| **Jury Trial (6-8 day estimate)** | March 7, 2017 | August 30, 2017 |

***IT IS SO STIPULATED.***

Dated:  July 14, 2016                           McCORMICK, BARSTOW, SHEPPARD,
                                                               WAYTE & CARRUTH LLP


                                      By:_____/s/ STEPHANIE Y. WU_____
                                                        Stephanie Y. Wu,
                                                 *Attorneys for Defendants,*
                                          LOS BANOS UNIFIED SCHOOL DISTRICT, DR.
                                          STEVE TIETJAN, RYAN HARSOCH, DANIEL
                                                 SUTTON, and VELI GURGEN



Dated:  July 14, 2016                           LAW OFFICES OF KEVIN G. LITTLE


                                      By:_____/s/ KEVIN G. LITTLE_____
                                                        Kevin G. Little
                                                 *Attorneys for Plaintiff,*
                                                        MARK DUFFY

---

[1] *Unavailability* – Defendants' counsel is scheduled to be in trial from February 13, 2017 through March 3, 2017 and from May 15, 2017 through May 30, 2017.  Plaintiff's counsel is scheduled to be in trial from February 21 through March 23, 2017, from April 17, 2017 through May 31, 2017 and from September 5 through September 15, 2017.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

1

## ORDER

2      Pursuant to the above Stipulation of the parties, and good cause appearing, it is hereby ordered

3   that the Scheduling Conference Order be modified as follows:

4

| | **Current Dates/Deadlines** | **Proposed Dates/Deadlines** |
|---|---|---|
| **Non-Expert Discovery Cutoff** | August 15, 2016 | August 31, 2016 |
| **Further Status Conference** | September 26, 2016 | Unchanged |
| **Expert Disclosure** | September 1, 2016 | September 30, 2016 |
| **Rebuttal Expert Disclosure** | October 3, 2016 | November 8, 2016 |
| **Non-Dispositive Motion Cutoff** | November 18, 2016 | December 15, 2016 |
| **Settlement Conference** | *TBD* | January 27, 2017 |
| **Expert Discovery Cutoff** | November 3, 2016 | March 20, 2017 |
| **Dispositive Motion Deadline** | *None* | April 14, 2017 |
| **Pretrial Conference** | January 19, 2017 | July 20, 2017 at 11:00 a.m. |
| **Jury Trial** (**6-8 day estimate**) | March 7, 2017 | September 12, 2017 at 8:30 a.m. |

12      As noted above, the case has been set for a settlement conference on January 27, 2017 before

13   Magistrate Judge Michael J. Seng at 10:00 a.m. A further order will issue containing Judge Seng's

14   settlement conference procedures.

15

16   IT IS SO ORDERED.

17      Dated:   __July 20, 2016__                    __/s/ Erica P. Grosjean__

18                                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1125 I St., Suite 1
Modesto, CA 95354

3

STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER