Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**THE LAW OFFICE OF KEVIN G. LITTLE**
P.O. Box 8656
Fresno, California 93747
Tel: (559) 342-5800
Fax: (559) 420-0839
kevin@kevinglittle.com

*Attorneys for Plaintiff,*
MARK DUFFY

Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
Tel.: (209) 524-1100
Fax: (209) 524-1188
stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT, DR. STEVE TIETJAN, RYAN HARSOCH, DANIEL SUTTON, and VELI GURGEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK DUFFY, | Case No. 1:15-cv-00423-EPG |
| Plaintiff, | **JOINT STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER** |
| v. | |
| LOS BANOS UNIFIED SCHOOL DISTRICT; DR. STEVE TIETJEN; RYAN HARTSOCH; DANIEL SUTTON; VELI GURGEN; DOES 1-10, , | Judge: Hon. Erica P. Grosjean |
| Defendant. | |

**STIPULATION**

1. On July 21, 2016, the Court, through written stipulation of the parties, by and through their attorneys, entered its Order [Doc. 51] modifying the Scheduling Conference Order [Doc. 38].

2. Given the new September 12, 2017 trial date, the parties desire to extend various pre-trial deadlines, in order to allow them sufficient time to resolve discovery issues and discuss potential

dispute resolution, without incurring the costs of expert discovery.

      3.    Accordingly, the parties hereby stipulate and propose that the Scheduling Conference Order be modified as follows:

|  | **Current Dates/Deadlines** | **Proposed Dates/Deadlines** |
|---|---|---|
| **Non-Expert Discovery Cutoff** | August 31, 2016 | Unchanged |
| **Further Status Conference** | *n/a* | *n/a* |
| **Expert Disclosure** | September 30, 2016 | April 25, 2017 |
| **Rebuttal Expert Disclosure** | November 8, 2016 | May 19, 2017 |
| **Non-Dispositive Motion Filing Deadline** | December 15, 2016 | June 27, 2017 |
| **Settlement Conference** | January 27, 2017 at 10:00 a.m. | February 22-24, 2017* |
| **Expert Discovery Cutoff** | March 20, 2017 | June 16, 2017 |
| **Dispositive Motion Filing Deadline** | April 14, 2017 | Unchanged |
| **Pretrial Conference** | July 20, 2017 at 11:00 a.m. | Unchanged |
| **Jury Trial** (6-8 day estimate) | September 12, 2017 at 8:30 a.m. | Unchanged |

\* Both Plaintiff and Defendants' counsel are available on these dates.

*IT IS SO STIPULATED.*

Dated:  December 21, 2016                        McCORMICK, BARSTOW, SHEPPARD,
                                                                   WAYTE & CARRUTH LLP

                                                By:   /s/ STEPHANIE Y. WU
                                                              Stephanie Y. Wu
                                                           *Attorneys for Defendants,*
                          LOS BANOS UNIFIED SCHOOL DISTRICT, DR.
                          STEVE TIETJAN, RYAN HARSOCH, DANIEL
                                  SUTTON, and VELI GURGEN

Dated:  December 21, 2016                        LAW OFFICES OF KEVIN G. LITTLE

                                              By:   /s/ KEVIN G. LITTLE
                                                               Kevin G. Little
                                                           *Attorneys for Plaintiff,*
                                                           MARK DUFFY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

**ORDER**

Pursuant to the Stipulation of the Parties, it is hereby ordered that the Scheduling Conference Order be modified as follows:

|  | **Current Dates/Deadlines** | **Proposed Dates/Deadlines** |
|---|---|---|
| **Non-Expert Discovery Cutoff** | August 31, 2016 | Unchanged |
| **Further Status Conference** | *n/a* | *n/a* |
| **Expert Disclosure** | September 30, 2016 | April 25, 2017 |
| **Rebuttal Expert Disclosure** | November 8, 2016 | May 19, 2017 |
| **Non-Dispositive Motion Filing Deadline** | December 15, 2016 | June 27, 2017 |
| **Settlement Conference** | January 27, 2017 at 10:00 a.m. | TBD |
| **Expert Discovery Cutoff** | March 20, 2017 | June 16, 2017 |
| **Dispositive Motion Filing Deadline** | April 14, 2017 | Unchanged |
| **Pretrial Conference** | July 20, 2017 at 11:00 a.m. | *August 17, 2017 at 11:00 a.m.* |
| **Jury Trial** (6-8 day estimate) | September 12, 2017 at 8:30 a.m. | *October 10, 2017 at 8:30 a.m.* |

IT IS SO ORDERED.

Dated: **January 10, 2017**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE