Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**THE LAW OFFICE OF KEVIN G. LITTLE**
P.O. Box 8656
Fresno, California 93747
Tel: (559) 342-5800
Fax: (559) 420-0839
kevin@kevinglittle.com

*Attorneys for Plaintiff,*
MARK DUFFY

Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
Tel.: (209) 524-1100
Fax: (209) 524-1188
stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT,
DR. STEVE TIETJAN, RYAN HARSOCH,
DANIEL SUTTON, and VELI GURGEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK DUFFY, | Case No. 1:15-cv-00423-EPG |
| Plaintiff, | **STIPULATION AND ORDER RE: DISPOSITIVE MOTION FILING DEADLINE** |
| v. | |
| LOS BANOS UNIFIED SCHOOL DISTRICT; DR. STEVE TIETJEN; RYAN HARTSOCH; DANIEL SUTTON; VELI GURGEN; DOES 1-10, , | Judge: Hon. Erica P. Grosjean |
| Defendant. | |

## **STIPULATION**

1. A calendaring error was made by counsel for Defendants with respect to the dispositive motion filing deadline;

2. Upon discovering this error, Defendants' counsel contacted Plaintiff's counsel to discuss the error and the extension of the dispositive motion filing deadline;

1

STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER

3. Plaintiff is agreeable to extending the dispositive motion filing deadline;

4. In discussing the foregoing matter, the parties determined that it would be in the best interests of all parties to continue the dispositive motion filing deadline to mid-July to late July, to allow the parties to exhaust settlement efforts, before the filing of Defendants' dispositive motion.

5. However, if the Court is not inclined to extend the deadline to July the parties are agreeable to a shorter extension of the dispositive motion filing deadline to May 9, 2017.

***IT IS SO STIPULATED.***

Dated: April 28, 2017     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ STEPHANIE Y. WU
Stephanie Y. Wu
*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT, DR. STEVE TIETJAN, RYAN HARSOCH, DANIEL SUTTON, and VELI GURGEN


Dated: April 28, 2017     LAW OFFICES OF KEVIN G. LITTLE

By: /s/
Kevin G. Little
*Attorneys for Plaintiff,*
MARK DUFFY

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

# **ORDER**

Pursuant to the Stipulation of the Parties, it is hereby ordered that the dispositive motion filing deadline is hereby extended to **June 2, 2017**. The parties are advised that any dispositive motion must be heard and decided before the pretrial conference in this case, which is currently set for August 17, 2017. Thus, any dispositive motion must notice a hearing date at least 45 days before the pretrial conference date to allow the Court adequate time to consider and decide the motion.

IT IS SO ORDERED.

Dated: **May 2, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
1125 I St., Suite 1
Modesto, CA 95354