1  Kevin G. Little, SBN 149818
   Michelle L. Tostenrude, SBN 290121
2  **THE LAW OFFICE OF KEVIN G. LITTLE**
   P.O. Box 8656
3  Fresno, California 93747
   Tel: (559) 342-5800
4  Fax: (559) 420-0839
   kevin@kevinglittle.com
5
   *Attorneys for Plaintiff,*
6  MARK DUFFY

7  Stephanie Y. Wu, SBN 268948
   **MCCORMICK, BARSTOW, SHEPPARD,**
8  **WAYTE & CARRUTH LLP**
   1125 I Street, Suite 1
9  Modesto, California 95354
   Tel.: (209) 524-1100
10 Fax: (209) 524-1188
   stephanie.wu@mccormickbarstow.com
11
   *Attorneys for Defendants,*
12 LOS BANOS UNIFIED SCHOOL DISTRICT,
   DR. STEVE TIETJAN, RYAN HARSOCH,
13 DANIEL SUTTON, and VELI GURGEN

14                    UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK DUFFY,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS BANOS UNIFIED SCHOOL DISTRICT; DR. STEVE TIETJEN; RYAN HARTSOCH; DANIEL SUTTON; VELI GURGEN; DOES 1-10, ,<br><br>  Defendant. | Case No. 1:15-cv-00423-EPG<br><br>**JOINT STIPULATION AND ORDER RE: PRE-TRIAL FILING DEADLINES**<br><br>Judge: Hon. Erica P. Grosjean |

## **STIPULATION**

1.  The parties participated in a settlement conference before Magistrate Judge Michael Seng on September 25, 2017.

2.  The parties have been instructed to contact Magistrate Judge Seng by close of business on September 26, 2017 to continue and complete their settlement discussions.

3.  Based on the parties continued settlement discussions, Magistrate Judge Seng made a

1
STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING CONFERENCE ORDER

1 request to Magistrate Judge Erica Grosjean, on behalf of the parties, to continue the pre-trial deadlines currently set for September 26, 2017 to September 27, 2017, to which Magistrate Judge Erica Grosjean has agreed.

4. In light of the continuation of the Motion in Limine filing deadline from September 26, 2017 to September 27, 2017, the parties also stipulate and request that the deadline to file optional replies to Motions in Limine, if any, be extended from September 28, 2017 to September 29, 2017.

**IT IS SO STIPULATED.**

Dated: September 26, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ STEPHANIE Y. WU
Stephanie Y. Wu
*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT, DR. STEVE TIETJAN, RYAN HARSOCH, DANIEL SUTTON, and VELI GURGEN

Dated: September 26, 2017

LAW OFFICES OF KEVIN G. LITTLE

By: /s/
Kevin G. Little
*Attorneys for Plaintiff,*
MARK DUFFY

**ORDER**

Pursuant to the Stipulation of the Parties, it is hereby ordered that:

1. The September 26, 2017 deadline for the parties to file their Motions in Limine is hereby vacated and reset to September 27, 2017.

2. The September 26, 2017 deadline for the parties to file their Joint Proposed Jury Instructions is hereby vacated and reset to September 27, 2017.

3. The September 28, 2017 deadline for the parties to file their optional replies to Motions in Limine is vacated and reset to September 29, 2017.

IT IS SO ORDERED.

Dated: **September 26, 2017**       /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1125 I St., Suite 1
Modesto, CA 95354