Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**THE LAW OFFICE OF KEVIN G. LITTLE**
P.O. Box 8656
Fresno, California 93747
Tel: (559) 342-5800
Fax: (559) 420-0839
kevin@kevinlittle.com

*Attorneys for Plaintiff,*
MARK DUFFY

Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
T: (209) 524-1100 | F: (209) 524-1188
stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT,
DR. STEVE TIETJAN, RYAN HARSOCH,
DANIEL SUTTON, and VELI GURGEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK DUFFY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOS BANOS UNIFIED SCHOOL DISTRICT; DR. STEVE TIETJEN; RYAN HARTSOCH; DANIEL SUTTON; VELI GURGEN; DOES 1-10, ,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00423-EPG<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [*PROPOSED*] ORDER** |

///

///

///

///

///

///

1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

///

IT IS HEREBY STIPULATED by and between Plaintiff MARK DUFFY and Defendants LOS BANOS UNIFIED SCHOOL DISTRICT, STEVE TIETJEN, RYAN HARTSOCH, DANIEL SUTTON, and VELI GURGEN, through their designated counsel, that the above-captioned action should be dismissed in its entirety, with prejudice, and that all parties are to bear their own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated: January 2, 2018  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ STEPHANIE Y. WU
Stephanie Y. Wu
*Attorneys for Defendants,*
LOS BANOS UNIFIED SCHOOL DISTRICT, DR. STEVE TIETJAN, RYAN HARSOCH, DANIEL SUTTON, and VELI GURGEN

Dated: January 8, 2018  LAW OFFICES OF KEVIN G. LITTLE

By: /s/ KEVIN G. LITTLE
Kevin G. Little
*Attorneys for Plaintiff,*
MARK DUFFY

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

## ORDER

Based upon the above stipulation, the Court HEREBY ORDERS that Defendants LOS BANOS UNIFIED SCHOOL DISTRICT, STEVE TIETJEN, RYAN HARTSOCH, DANIEL SUTTON, and VELI GURGEN are dismissed from this action with prejudice, each party to bear its own costs, expenses, and attorneys' fees. Furthermore, as all parties who have appeared in this action have signed the stipulation of dismissal, the case has ended. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **February 9, 2018**       /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE